**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

J. TYRONE RIORDAN,

    Plaintiff,

v.                                                  No. 22-cv-0177 RB/CG

TWELFTH JUDICIAL DISTRICT COURT, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** comes before the Court on Mr. Riordan's Civil Complaint (Doc. 1). To prosecute this case, Mr. Riordan must prepay the $402 civil fee, or alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order. *See* 28 U.S.C. § 1915(a)(2). Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions between September 9, 2021, and March 9, 2022. All filings must include the case number (22-cv-0177 RB/CG). The failure to timely prepay the filing fee or file an *in forma pauperis* motion that includes an inmate account statement will result in dismissal of this case without further notice.

**IT IS HEREBY ORDERED** that by **June 23, 2022**, Mr. Riordan must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with an account statement reflecting transactions between September 9, 2021, and March 9, 2022; and the Clerk's Office shall **MAIL** Plaintiff a blank *in forma pauperis* motion.

**IT IS SO ORDERED**.

                                       THE HONORABLE CARMEN E. GARZA
                                       CHIEF UNITED STATES MAGISTRATE JUDGE